**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 17-1480**

In re:  DONALD STUART KOONTZ,

                              Petitioner.

On Petition for Writ of Mandamus.  (1:13-cr-00478-TDS-1; 1:15-cv-00344-TDS-JLW)

Submitted:  May 25, 2017                                    Decided:  May 31, 2017

Before MOTZ, THACKER, and HARRIS, Circuit Judges.

Petition denied by unpublished per curiam opinion.

Donald Stuart Koontz, Petitioner Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Donald Stuart Koontz petitions for a writ of mandamus, alleging the district court has unduly delayed acting on his 28 U.S.C. § 2255 (2012) motion. He seeks an order from this court directing the district court to act. Our review of the district court's docket reveals that the district court denied Koontz's motion on April 28, 2017. Accordingly, because the district court has recently decided Koontz's case, we deny the mandamus petition as moot. We grant leave to proceed in forma pauperis. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED*